IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNY HARBIN                                                                PLAINTIFF

v.                                       No. 3:13-cv-72-DPM

STEVE WILLIAMS and SOUTHERN
PIPE AND SUPPLY COMPANY, INC.                                  DEFENDANTS

## JUDGMENT

Harbin's complaint is dismissed without prejudice based on the parties' stipulation. FED. R. CIV. P. 41(a)(1)(A)(ii).

*D.P. Marshall Jr.*
United States District Judge

13 February 2014